

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2014

No. 04-14-00448-CV

**IN RE D&J ALEXANDER MANAGEMENT, LP**

Original Mandamus Proceeding[1]

**ORDER**

On June 23, 2014, relator D&J Alexander Management, LP filed a petition for a writ of mandamus. The court has considered relator's petition, the response and reply of the parties, and has determined that relator is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART. TEX. R. APP. P. 52.8(c).

The Honorable Jesus Garza is ORDERED to: (1) vacate in its entirety the May 30, 2014 order in the Guerra Case obligating D&J Alexander Management, LP to pay attorney ad litem fees of Julio A. Garcia Jr. in the amount of $35,250.00; (2) vacate the May 30, 2014 order obligating D&J Alexander Management, LP to pay the attorney ad litem fees of J. Francisco Tamez in the amount of $39,472.94, only to the extent that it is entered in the Guerra Case; (3) vacate the May 30, 2014 "Combined Order" only to the extent that it purports to obligate D&J Alexander Management, LP to pay the fees of Julio Garcia in the amount of $35,250.00, Francisco Tamez in the amount of $39,472.94, and Jose Salvador Tellez in the amount of $33,060.00 in the Guerra Case. The writ will issue only if we are notified that Judge Garza has not done so within ten days of the date of this order.

In addition, real party in interest Rocio Guerra filed an opposed motion to supplement the mandamus record or, alternatively to have this court take judicial notice of the reporter's record filed in a related appeal. The court has considered the motion and the relator's response and the motion is DENIED.

Tamez, Garcia and Tellez as real parties in interest also filed a motion for sanctions against relator's counsel. The court has considered the motion and relator's response and the motion is DENIED.

---

[1] This proceeding arises out of Cause No. 2008-PB7-000016-L2, styled *Estate of Delfina E. Alexander, Deceased; and Rocio G. Guerra v. Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa, Individually, and as Independent Co-Executors of the Estate of Delfina E. Alexander, Deceased, and as Co-Trustees of the Rocio Gonzalez Guerra Exempt Trust*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.

It is so **ORDERED** on September 24, 2014.

*Luz Elena D. Chapa*

HEREOF, I have hereunto set my hand and affixed the seal of the said
September, 2014.

*Keith E. Hottle*

Keith E. Hottle, Clerk